**STATE of Missouri, Respondent,**

v.

**Bernardo COSTA, Appellant.**

**No. WD 75950.**

Missouri Court of Appeals,
Western District.

Aug. 6, 2013.

Motion for Rehearing and/or Transfer to
Supreme Court Denied Oct. 1, 2013.

Application for Transfer Denied
Nov. 26, 2013.

Bernando Costa, Cameron, MO, pro se.

Shaun Mackelprang, Jefferson City, MO, for respondent.

Before Division Four: JAMES E. WELSH, C.J., and LISA WHITE HARDWICK and ALOK AHUJA, JJ.

## ORDER

PER CURIAM:

Bernardo Costa was convicted in 1998 of first-degree statutory rape under § 566.032, RSMo 1994. Costa was sentenced to life imprisonment, without the possibility of parole for thirty years. Costa filed a motion for post-conviction relief under Supreme Court Rule 29.15, which was denied after an evidentiary hearing. Costa now appeals the denial of his second motion to re-open his Rule 29.15 proceeding, arguing that the ineffective assistance provided by his post-conviction counsel required the circuit court to re-open the post-conviction proceeding. We affirm. Because a published opinion would have no precedential value, an unpublished memorandum setting forth the reasons for this order has been provided to the parties. Rule 84.16(b).